DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LUZ M. MYERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3648

_____

September 30, 2022

Appeal from the Circuit Court for Hillsborough County; Michelle
Sisco, Judge.

Luz M. Myers, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S.
Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.